```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

|  |  |  |
|---|---|---|
| JANICE RAMOS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 04-00742-BH-B |
| | * | |
| JO ANNE B. BARNHART, | * | |
| Commissioner of | * | |
| Social Security, | * | |
| | * | |
| Defendant. | * | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 22) made under 28 U.S.C. § 636(b)(1)(B) and dated March 31, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of May, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
