```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

JANICE RAMOS,                      *
                                   *
    Plaintiff,                    *
                                   *
vs.                                *   Civil Action No. 04-00742-BH-B
                                   *
JO ANNE B. BARNHART,               *
Commissioner of                    *
Social Security,                   *
                                   *
    Defendant.                    *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for supplemental security income, be **AFFIRMED.**

**DONE** this 5th day of May, 2006.

                                                              s/ W. B. Hand
                                             SENIOR DISTRICT JUDGE